# Notice Recipients

District/Off: 0971−5          User: admin          Date Created: 12/16/2014
Case: 14−53700               Form ID: ODSC7fi      Total: 23

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SJ | USTPRegion17.SJ.ECF@usdoj.gov |
| tr | Fred Hjelmeset | fhtrustee@gmail.com |
| aty | David S. Henshaw | david@henshawlaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | David Kissner | 2608 Forest Avenue | San Jose, CA 95117 | | |
| jdb | Stacy Kissner | 2608 Forest Avenue | San Jose, CA 95117 | | |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55 | P.O. Box 942879 | Sacramento, CA 94279 | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 | |
| smg | CA Franchise Tax Board | Attn: Special Procedures | P.O. Box 2952 | Sacramento, CA 95812−2952 | |
| smg | IRS | P.O. Box 7346 | Philadelphia, PA 19101−7346 | | |
| 13822807 | Afni, Inc. | Attention: Bankruptcy | 1310 Martin Luther King Dr | Bloomington, IL 61701 | |
| 13822808 | Allied Collection Serv | 3080 S Durango Dr Ste 20 | Las Vegas, NV 89117 | | |
| 13822809 | Bk Of Amer | Po Box 982235 | El Paso, TX 79998 | | |
| 13822810 | CFNA | BK−11 Customer Service | PO Box 81315 | Cleveland, OH 44181−0315 | |
| 13822811 | Chase Auto Finance | PO Box 901076 | Fort Worth, TX 76101−2076 | | |
| 13822812 | Citibank | PO Box 6500 | Sioux Falls, SD 57117 | | |
| 13822813 | Glelsi/navy Fcu Merri | Po Box 7860 | Madison, WI 53707 | | |
| 13822814 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | | |
| 13822815 | Marine Federal Credit Union | c/o Alan S. Vertun Law Office | 424 S Beverly Drive | Beverly Hills, CA 90212 | |
| 13822816 | Navy Federal Cr Union | PO Box 3000 | Merrifield, VA 22119−3000 | | |
| 13822817 | Provident Funding | PO Box 5914 | Santa Rosa, CA 95402−5914 | | |
| 13822818 | Us Dept Of Ed/glelsi | 2401 International | Madison, WI 53704 | | |
| 13822819 | Us Dept Of Ed/glelsi | Po Box 7860 | Madison, WI 53707 | | |
| 13822820 | Usaa Savings Bank | Po Box 47504 | San Antonio, TX 78265 | | |

TOTAL: 20